**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>TYLER DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lasseigne, Ryan Anthony** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lasseigne, Shallon Lynne** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Shallon Lynne Meaux** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-3537** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9919** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5 Sioux Court**<br>**Longview, TX**<br>ZIP CODE **75605** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5 Sioux Court**<br>**Longview, TX**<br>ZIP CODE **75605** |
| County of Residence or of the Principal Place of Business:<br>**Gregg** | County of Residence or of the Principal Place of Business:<br>**Gregg** |
| Mailing Address of Debtor (if different from street address):<br>**5 Sioux Court**<br>**Longview, TX**<br>ZIP CODE **75605** | Mailing Address of Joint Debtor (if different from street address):<br>**5 Sioux Court**<br>**Longview, TX**<br>ZIP CODE **75605** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 2335548018)*

**B1 (Official Form 1) (04/13)**    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Ryan Anthony Lasseigne** **Shallon Lynne Lasseigne** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Carol Cross Stone     1/26/2015<br>    **Carol Cross Stone**      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 2335548018)*

| **Voluntary Petition** | Name of Debtor(s): **Ryan Anthony Lasseigne** |
|---|---|
| *(This page must be completed and filed in every case)* | **Shallon Lynne Lasseigne** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** /s/ Ryan Anthony Lasseigne<br>**Ryan Anthony Lasseigne** | |
| **X** /s/ Shallon Lynne Lasseigne<br>**Shallon Lynne Lasseigne** | **X**_____<br>(Signature of Foreign Representative) |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>(Printed Name of Foreign Representative) |
| **1/26/2015**<br>Date | _____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Carol Cross Stone<br>**Carol Cross Stone**   Bar No. **24064289** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| **Law Office of Carol Cross Stone**<br>**PO Box 5446**<br>**Longview, TX 75608** | |
| Phone No. **(903) 759-5922**   Fax No. **(866) 929-0734** | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| 1/26/2015<br>Date | _____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | _____<br>Address |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | **X**_____<br>Date |
| **X**_____<br>Signature of Authorized Individual | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| _____<br>Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| _____<br>Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| _____<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 2335548018)*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

In re:   **Ryan Anthony Lasseigne**                                          Case No. _____
         **Shallon Lynne Lasseigne**                                                                (if known)

                       Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

In re: **Ryan Anthony Lasseigne**
      **Shallon Lynne Lasseigne**

Case No. _____
                          (if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ryan Anthony Lasseigne**
                      Ryan Anthony Lasseigne

Date:   **1/26/2015**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

In re:  **Ryan Anthony Lasseigne**                                              Case No.  _____
        **Shallon Lynne Lasseigne**                                                                  (if known)

                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

In re:   **Ryan Anthony Lasseigne**        Case No.  _____
         **Shallon Lynne Lasseigne**                       (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Shallon Lynne Lasseigne**
                      Shallon Lynne Lasseigne

Date:   **1/26/2015**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:  **Ryan Anthony Lasseigne**　　　　　　　　　　　　　　CASE NO
　　　　**Shallon Lynne Lasseigne**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**13**

# VERIFICATION OF CREDITOR MATRIX

　　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/26/2015　　　　　　　　　　　　　Signature  */s/ Ryan Anthony Lasseigne*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Ryan Anthony Lasseigne*

Date  1/26/2015　　　　　　　　　　　　　Signature  */s/ Shallon Lynne Lasseigne*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Shallon Lynne Lasseigne*

| | | |
|---|---|---|
| ACS<br>PO Box 7051<br>Utica, NY 13504-7051 | AutoSmart Acceptance Loan Corp.<br>4545 Stateline Ave<br>Texarkana, TX 75503 | Corpra Care, Inc.<br>1011 Hwy 6 South, Ste 309<br>Houston, TX 77077 |
| ACS - Bank of America<br>501 Bleeker Street<br>Utica, NY 13501 | Brown and Joseph LTD<br>PO Box 59838<br>Schaumburg, IL 60159 | Credit Management LP<br>4200 International Parkway<br>Carrollton, TX 75007-1906 |
| ACS/EastWest Bank<br>135 N Los Robles Ave<br>Pasadena, CA 91101 | Capital One Auto Finance<br>PO Box 259407<br>Plano, TX 75025 | Credit Systems International, Inc<br>PO Box 1088<br>Arlington, TX 76004 |
| AFNI<br>PO Box 3097<br>Bloomington, IL 61702-3427 | Capital One Bank (p)<br>Bankruptcy Claims Servicer<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Diagnostic Clinic of Longview<br>2521 Judson Road<br>Longview, TX 75605-4643 |
| AFNI<br>PO Box 3427<br>Bloomington, IL 61702-3427 | Capital One Bank (p)<br>PO Box 5155<br>Norcross, GA 30091 | Direct TV<br>Bankruptcy Dept.<br>P.O. Box 6550<br>Greenwood Village, CO 80155-6550 |
| American Student Assistance<br>100 Cambridge St, Ste 1600<br>Boston, MA 02114 | Chase Card Services(p)<br>201 N Walnut St, Floor 2<br>Wilmington, DE 19801-2901 | Dish Network (p)<br>c/o 1309 Technology Pkwy<br>Cedar Falls, IA 50613 |
| Amy L Dyer Montessori School<br>2000 Greenleaf Street<br>Longview TX 75605 | ChexSystems, Inc.<br>Attn: Consumer Relations<br>7805 Hudson Road, Suite 100<br>Saint Paul, MN 55125-1703 | Diversified Credit Systems<br>PO Box 3424<br>Longview, TX 75606-3424 |
| Applied Bank (p)<br>General Inquiry<br>PO Box 17125<br>Wilmington, DE 19850 | Citibank<br>701 East 60th Street, N<br>Sioux Falls, SD 57104 | East Texas Professional<br>PO Box 6750<br>Longview TX 75608 |
| AT&T (p)<br>Attn: Bankruptcy Dept.<br>208 S Akard St. Suite 3700<br>Dallas, TX 75202 | Conn's Credit Co<br>PO Box 2358<br>Beaumont, TX 77704 | East Texas Radiology Consultants<br>PO Box 5316<br>Longview, TX 75608-5316 |

| | | |
|---|---|---|
| **Educational Credit Management Corp**<br>1 Imation Place, Bldg 2<br>Oakdale, MN 55128 | **Hamilton Medical Group**<br>4809 Ambassador Caffery Parkway<br>Lafayette LA 70508 | **Longview Cable TV**<br>711 North High St<br>Longview, TX 75601-5331 |
| **Enhanced Recovery Corp**<br>PO Box 57547<br>Jacksonville, FL 32241 | **Healthcare Express**<br>1509 West Loop 281<br>Longview TX 75604 | **Longview Regional Medical Center**<br>PO Box 14000<br>Longview, TX 75607-4000 |
| **Fairway Collections**<br>1126 South Gold Street<br>Centralia, WA 98531 | **HSBC**<br>PO Box 4155<br>Carol Stream, IL 60197-4155 | **Louisiana Recovery**<br>1304 Bertrand Dr., Apt. SVC F4<br>Lafayette, LA 70506 |
| **Fairways**<br>3623 McCann Road<br>Longview TX 75605 | **Internal Revenue Service (p)**<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Manuel Medical Clinic**<br>104 Genevieve Drive<br>Lafayette, LA 70503 |
| **First Premier Bank**<br>Collections Dept<br>PO Box 1348<br>Sioux Falls, SD 57101 | **J.C. Christensen & Associates, Inc.**<br>PO Box 519<br>Sauk Rapids, MN 56379 | **Medical Data System Inc. #1647**<br>2001 9th Ave, Ste 3<br>Vero Beach, FL 32960 |
| **GM Financial**<br>PO Box 183834<br>Arlington, TX 76096 | **Kaplan Abrom Memorial Hospital**<br>1310 West 7th Street<br>Kaplan LA 70548 | **Medical Pediatric Dental Associates**<br>5 Doctor Circle<br>Longview 75605 |
| **GMAC Mortgage (p)**<br>3451 Hammond Ave<br>Waterloo, IA 50702 | **Kilgore College**<br>Business Office<br>1100 Broadway<br>Kilgore, TX 75662 | **Merrick Bank**<br>PO Box 9201<br>Old Bethpage, NY 11804 |
| **Good Shepherd Medical Center**<br>PO Box 1599<br>Marshall, TX 75671 | **Kross, Lieberman & Stone**<br>1110 Navaho Drive STE 501<br>Raleigh NC 27609 | **Midland Funding, LLC**<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123 |
| **Gregg County Sheriff's Department**<br>101 E. Methvin, Suite 559<br>Longview TX 75601 | **Law Office of Carol Cross Stone, PLLC**<br>1118 Judson Road<br>Longview, TX 75601-5117 | **Midsouth National Bank**<br>PO Box 3745<br>Lafayette, LA 70502 |

**Nationstar Mortgage (p)**
350 Highland Drive
Lewisville, TX 75067

**Safeco Liberty Mutual**
PO Box 6478
Carol Stream IL 60197

**TASC**
2102 Wood Street
Texarkana, TX 75501

**Navient**
PO Box 9500
Wilkes Barre PA 18773

**Sallie Mae**
PO Box 9500
Wilkes Barre, PA 18773-9500

**Tek Collect**
PO Box 1269
Columbus OH 43216

**Nelnet on behalf of the**
US Department of Education
3015 South Parker Rd, Ste 400
Aurora, CO 80014

**Santander Consumer USA**
Attention: Bankruptcy Dept
PO Box 560284
Dallas, TX 75266-0633

**Telco Plus Credit Union**
423 Gilmer Road
Longview, TX 75604

**Onxy Acceptance Corp.**
27051 Towne Centre Drive
Foothill Ranch CA 92610

**Select Portfolio**
3815 South West Temple
Salt Lake City, UT 84115

**Texas Bank and Trust(p)**
PO Box 3188
Longview, TX 75606-3188

**Our Lady of Lourdes**
4801 Ambassador Caffery Parkway
Lafayette LA 70508

**Select Portfolio**
10101 Deerwood Park
Jacksonville, FL 32256

**UOP**
4615 East Elwood Street
Phoenix AZ 85040

**Planet Beach**
103 W. Loop 281 Suite 206
Longview TX 75605

**Southwest Collections**
292 Ridge Road STE 11
Lafayette LA 70506

**Portfolio Recovery Associates**
PO Box 12903
Norfolk, VA 23541

**Southwest Collections**
292 Ridge Road STE 11
Lafayette, LA 70506

**Preferred Credit**
PO Box 1679
Saint Cloud, MN 56302

**SW Credit Systems**
4120 International Parkway STE 100
Carrollton TX 75007

**Rent Debt Automated Collections, LLC**
PO Box 171077
Nashville, TN 37217

**Target National Bank**
T/A Target VISA fka
Retailers National Bank
3311 Richmond Avenue, Suite 307
Houston, TX 77098-3024