UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-60037 |
| RYAN ANTHONY LASSEIGNE | |
| SHALLON LYNNE LASSEIGNE | |
| 5 Sioux Court | |
| Longview, TX 75605 | |
| xxx-xx-0037 | |
| xxx-xx-9919 | CHAPTER 13 |

**DEBTORS' NOTICE TO CONVERT CASE
FROM CHAPTER 13 TO CHAPTER 7**

The Debtors, pursuant to 11 U.S.C. §1307(a), hereby elect to convert the above-captioned Chapter 13 case to a case under chapter 7 of the Bankuptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on January 26, 2015, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under chapter 7 of the Bankruptcy Code.

Respectfully submitted this the 3rd day of February, 2015,

/s/Carol Cross Stone
Attorney for Debtors
Law Office of Carol Cross Stone, PLLC
TX Bar #24064289
Law Office of Carol Cross Stone, PLLC
1118 Judson Road
Longview, TX 75601
903-759-5922
Carol@CrossStone.com

## CERTIFICATE OF SERVICE

I, Carol Cross Stone, did serve a true and correct copy of this Debtors' Notice to Convert Case from Chapter 13 to Chapter 7 on the Trustee and all parties listed in the Master Creditor Matrix, by depositing a true and correct copy in the United States mail, postage-prepaid.

This the 3rd day of February, 2015.

/s/Carol Cross Stone
Carol Cross Stone